1  CHARLES D. MAY, ESQ.; STATE BAR NO.: 129663
2  ANDREA BREUER, ESQ.; STATE BAR NO.: 161819

**THARPE & HOWELL, LLP**
3  **15250 Ventura Blvd., Ninth Floor**
   **Sherman Oaks, California 91403**
4  **(818) 205-9955; (818) 205-9944 fax**
   E-Mail: cmay@tharpe-howell.com
5  E-Mail: abreuer@tharpe-howell.com

6  Attorneys for Defendant,
   DOLLAR TREE STORES, INC.
7

8                UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

10

| | |
|---|---|
| 11  ANTHONY PIERCE, | Case No.: 2:21-cv-00422 PA (PVCx) |
| 12           Plaintiff, | [*Los Angeles Superior Court Case No.: 20AVCV00466*] |
| 13  v. | **JOINT NOTICE OF SETTLEMENT** |
| 14  DOLLAR TREE STORES, INC., and DOES 1 to 50, | |
| 15           Defendants. | [*Assigned to Hon. Percy Anderson, District Judge; Pedro V. Castillo, Magistrate Judge*] |
| 16 | |
| 17 | Complaint Filed: 07/08/20 |

18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

**TO THE COURT:**

As required by Local Rule 16-15.7(a), counsel jointly submit this Notice of Settlement to notify the Court that the parties have reached a settlement agreement in this litigation.

Dated: June 14, 2021

LAW OFFICES OF RONALD FOMALONT

*/s/ Ronald J. Fomalont*
By: _____
RONALD J. FOMALONT
Attorneys for Plaintiff,
ANTHONY PIERCE

Dated: June 14, 2021

THARPE & HOWELL, LLP

*/s/ Andrea Breuer*
By: _____
CHARLES D. MAY
ANDREA BREUER
Attorneys for Defendant,
DOLLAR TREE STORES, INC.

*Pursuant to Local Rule 5-4.3.4(a)(2)(i), Andrea Breuer, the filer of this document, attests that all other signatories listed above, and on whose behalf the filing is submitted, concur in the filing's contents and have authorized the filing.*

**JOINT NOTICE OF SETTLEMENT**

Pierce v. Dollar Tree Stores, Inc.
Case No.: 2:21-cv-00422 PA (PVCx)

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1. At the time of service, I was at least 18 years of age and **not a party to this legal action.**

2. My business address is 15250 Ventura Boulevard, Ninth Floor, Sherman Oaks, CA 91403.

3. I served copies of the following documents (specify the exact title of each document served):

**JOINT NOTICE OF SETTLEMENT**

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

| | |
|---|---|
| Ronald J. Fomalont, Esq.<br>Law Offices of Ronald Fomalont<br>5850 Canoga Avenue, Suite 400<br>Woodland Hills, CA 91367<br>Tel: 310-459-9400<br>Fax: 818-992-6138<br>Email: law@fomalont.com | Attorneys for Plaintiff, ANTHONY PIERCE |

5. a. **X**   **ONLY BY ELECTRONIC TRANSMISSION.** Only by e-mailing the document(s) to the persons at the e-mail address(es) listed during the Coronavirus (Covid-19) pandemic and pursuant to Local Rule 135 and Fed.R.Civ.P.Rule 5, this office will be working remotely, not able to send physical mail as usual, and is therefore using only electronic mails. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

6. I served the documents by the means described in item 5 on *(date):* See below

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| 6/14/2021 | Belinda A. Porras | *Belinda A. Porras* |
|---|---|---|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

I:\31000-000\31618\Pleadings\FEDERAL\Jt Notice of Settlement.docx

- 3 -
**JOINT NOTICE OF SETTLEMENT**

Pierce v. Dollar Tree Stores, Inc.
Case No.: 2:21-cv-00422 PA (PVCx)

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221