CHARLES D. MAY, ESQ.; STATE BAR NO.: 129663
ANDREA BREUER, ESQ.; STATE BAR NO.: 161819

**THARPE & HOWELL, LLP**
**15250 Ventura Blvd., Ninth Floor**
**Sherman Oaks, California 91403**
**(818) 205-9955; (818) 205-9944 fax**
E-Mail: cmay@tharpe-howell.com
E-Mail: abreuer@tharpe-howell.com

Attorneys for Defendant,
DOLLAR TREE STORES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| ANTHONY PIERCE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DOLLAR TREE STORES, INC., and DOES 1 to 50,<br><br>　　　　　Defendants. | Case No.: 2:21-cv-00422 PA (PVCx)<br>[*Los Angeles Superior Court Case No.: 20AVCV00466*]<br><br>**ORDER ON NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)**<br><br>[*Assigned to Hon. Percy Anderson, District Judge; Pedro V. Castillo, Magistrate Judge*]<br><br>Complaint Filed: 07/08/20 |

**IT IS HEREBY ORDERED** that the Complaint of Plaintiff, ANTHONY PIERCE is hereby dismissed in its entirety, with prejudice.

Dated: June 22, 2021　　　　By: _____
　　　　　　　　　　　　　　　　　Percy Anderson
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

- 1 -
**[PROPOSED] ORDER ON NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO FED. R. CIV. P. 41(a)(1)**